Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIOS KAFATOS, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A., and DOES 1 through 10, inclusive,<br>Defendant. | Case No.<br><br>8:18-cv-00703-CJC-MRW<br><br>**NOTICE OF SETTLEMENT** |

  NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

  Respectfully submitted this June 26, 2018.


        By: /s/Adrian R. Bacon
        ADRIAN R. BACON, ESQ.

Notice of settlement - 1

## CERTIFICATE OF SERVICE

Filed electronically on June 26, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on June 26, 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 26th Day of June, 2018.

By: /s/Adrian R. Bacon
ADRIAN R. BACON, ESQ.